UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| BAYER CLOTHING GROUP, INC. | ) | |
| | ) | |
| Plaintiff, | ) | 07CV2395 |
| | ) | JUDGE DER-YEGHIAYAN |
| v. | ) | MAG. JUDGE BROWN |
| | ) | |
| SEARS, ROEBUCK & CO. | ) | **JURY TRIAL DEMANDED** |
| | ) | |
| Defendant. | ) | |

**EXHIBITS TO**

**SEARS, ROEBUCK & CO.'S
MEMORANDUM IN SUPPORT OF ITS MOTION
FOR SUMMARY JUDGMENT**

**AND**

**SEARS, ROEBUCK & CO.'S
STATEMENT OF FACTS PURSUANT TO LOCAL RULE 56.1**

**EXHIBIT LIST**

Exhibit #1     Answer to Complaint

Exhibit #2     Deposition of Robert Bayer

Exhibit #3     Deposition of David Leeseberg

Exhibit #4     Sears, Roebuck and Company Universal Terms and Conditions ("UTC")

Exhibit #5     Deposition of Allen Zwerner

Exhibit #6     Deposition of Philip Looby

Exhibit #7     Deposition of Susan Sisk

Exhibit #8     Internal BCG Memorandum from David Leeseberg refers to February 19, 2004 document as an "order"

| | |
|---|---|
| Exhibit #9 | February 23, 2004 Hyde Memorandum from Leeseberg to Bayer |
| Exhibit #10 | March 1, 2004 email from Robert Bayer |
| Exhibit #11 | May 17, 2004 Shipping dates ranging from August through November 2004 |
| Exhibit #12 | June 9, 2004 Document |
| Exhibit #13 | Deposition of James Struck |
| Exhibit #14 | June 9, 2004 Internal BCG Memorandum from Leeseberg |
| Exhibit #15 | August 18, 2004 Document |
| Exhibit #16 | October 14, 2004 Document |
| Exhibit #17 | October 14, 2004 BCG Memorandum to Cindy Triponey from Leeseberg |
| Exhibit #18 | Deposition of Mike Allen |
| Exhibit #19 | December 12, 2004 letter from Robert Bayer to Michael Allen |
| Exhibit #20 | December 30, 2004 email from Struck regarding Structure suit measurements |
| Exhibit #21 | December 22, 2004 email from Pamela Nutt regarding measuring Structure garments |
| Exhibit #22 | January 4, 2005 email from Jim Murphy to Robert Bayer regarding Chicago visit |
| Exhibit #23 | January 10-11, 2005 email string attaching measurements from January 5-7 audit |
| Exhibit #24 | February 10, 2005 email from Robert Bayer to Paul Jones regarding January audit |
| Exhibit #25 | January 18, 2005 email from Leeseberg to Bayer regarding phone conversation with Mike Allen |
| Exhibit #26 | January 20, 2005 email from Leeseberg to Mike Allen regarding proposal for examining Structure products |
| Exhibit #27 | January 20, 2005 email from Leeseberg to Bayer regarding Structure audit proposal |
| Exhibit #28 | April 2, 2005 letter from Philip Looby to Paul Jones regarding results of the third audit |

-3-

| | |
|---|---|
| Exhibit #29 | March 8, 2005 email from Robert Bayer to Jim Murphy regarding measuring proposal to be used in the March 29-31, 2005 audit |
| Exhibit #30 | Inspection Report from March 29-31, 2005 audit |
| Exhibit #31 | Expert Report of Antonio Sarabia II |
| Exhibit #32 | May 13, 2005 internal BCG email from Robert Bayer regarding pants proposal. |
| Exhibit #33 | June 30 – July 8, 2006 email string regarding the ladder plan |
| Exhibit #34 | Deposition of Mark Mettler |
| Exhibit #35 | January 18, 2006 email from David Leeseberg to Robert Bayer |
| Exhibit #36 | January 18, 2006 email from Philip Looby to Les Townsend regarding raw materials issues |
| Exhibit #37 | March 1, 2006 email from Philip Looby to Mark Mettler regarding structure raw materials liability |
| Exhibit #38 | Deposition of Les Townsend |
| Exhibit #39 | June 6, 2006 email from Robert Bayer to Mark Mettler |
| Exhibit #40 | June 5, 2006 email from Robert Bayer to Philip Looby regarding Mark Mettler's comments |
| Exhibit #41 | June 13, 2006 email from Mark Mettler to Robert Bayer |
| Exhibit #42 | June 28, 2006 email from Mark Mettler to Robert Bayer regarding resolution |
| Exhibit #43 | September 13, 2006 email from Philip Looby to Mark Mettler regarding additional $500,000 payment |
| Exhibit #44 | October 11, 2006 letter from Philip Looby to Mark Mettler providing summary of BCG losses totaling $1.89 million |
| Exhibit #45 | Allan Zwerner Expert Report |
| Exhibit #46 | Robert Mills Expert Report |
| Exhibit #47 | Deposition of Robert Mills |
| Exhibit #48 | Expert Report of Louis G. Dudney, CPA |

# 5305635_v1

## CERTIFICATE OF SERVICE

I, Michele Sibley Gonzales, hereby certify that I caused copies of the foregoing: Exhibits to Defendant Sears Roebuck and Co.'s Memorandum in Support of its Motion for Summary Judgment and Statement of Facts Pursuant to Local Rule 56.1, served on this day, May 2, 2008, upon counsel-of-record listed below via email pursuant to the agreement of the parties.

Daniel M. Feeney
Roger J. Perlstadt
MILLER SHAKMAN & BEEM LLP
180 N. LaSalle Street, Suite 3600
Chicago, Illinois 60601
(312) 263-3700
dfeebey@millershakman.com
rperlstadt@millershakman.com

David Marcus
Ryan Kirkpatrick
Dennis Sobczak
SUSMAN GODFREY LLP
1901 Avenue of the Americas, Suite 950
Los Angeles, California 90067-6029
(310) 789-3100
dmarcus@susmangodfrey.com
rkirkpatrick@susmangodfrey.com
dsobczak@susmangodrey.com

/s/ Michele Sibley Gonzales
Michele Sibley Gonzales

# 5027857_v1