UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BAYER CLOTHING GROUP, INC.<br><br>Plaintiff,<br><br>v.<br><br>SEARS, ROEBUCK & CO.,<br><br>Defendant. | CIVIL ACTION NO. 07 C 2395<br><br>JUDGE SAMUEL DER-YEGHIAYAN |

EXHIBITS TO

DECLARATION OF DAVID LEESBERG

IN SUPPORT OF BAYER CLOTHING GROUP, INC.'S

OPPOSITION TO SEAR'S MOTION FOR SUMMARY JUDGMENT

**EXHIBIT LIST**

| | |
|---|---|
| Exhibit No. 1 | 12/15/01 Order |
| Exhibit No. 2 | 12/15/00 Order |
| Exhibit No. 3 | 10/1/93 Order |
| Exhibit No. 4 | 1/8/93 Order |
| Exhibit No. 5 | Email from Traci Kass sent on December 15, 2003 |
| Exhibit No. 6 | 6/8/99 Order |
| Exhibit No. 7 | 7/5/01 Order |
| Exhibit No. 8 | Order labeled "Sears Retail Original and Revised Estimated or 1994" and signed by Sears's Robert Bennett |
| Exhibit No. 9 | 10/1/93 Order |
| Exhibit No. 10 | Cover memo for the May 27 Order |

1

| | |
|---|---|
| Exhibit No. 11 | Email dated January 14, 2004 from Budd to Leeseberg |
| Exhibit No. 12 | Email dated January 14, 2004 from Leeseberg to Budd |
| Exhibit No. 13 | Email dated January 16, 2004 from Leeseberg to Budd |
| Exhibit No. 14 | February 19, 2004 order |
| Exhibit No. 15 | An email chain dated 3/23/04 |
| Exhibit No. 16 | April 29, 2004 Order |
| Exhibit No. 17 | May 14, 2004 Order |
| Exhibit No. 18 | May 27, 2004 Order |
| Exhibit No. 19 | June 9, 2004 Order |
| Exhibit No. 20 | August 17, 2004 Order |
| Exhibit No. 21 | August 18, 2004 Order |
| Exhibit No. 22 | August 23, 2004 Order |
| Exhibit No. 23 | Email dated August 27, 2004, from the Sears's Scott Bradfield |
| Exhibit No. 24 | Email from Triponey to Struck |
| Exhibit No. 25 | Size scale breakdown for the 260 store launch sent on October 7, by Mr. Struck |
| Exhibit No. 26 | October 4, 2004 email from Bradfield to Leeseberg |
| Exhibit No. 27 | October 14, 2004 Order |
| Exhibit No. 28 | Non-binding forecast exemplar |
| Exhibit No. 29 | Email from Sarah Belinski sent on December 20, 2004 |
| Exhibit No. 30 | Notes of meeting with Hector Torres |
| Exhibit No. 31 | 3/9/05 email from Allen to Fulton |
| Exhibit No. 32 | 7/7/05 email from Alen re "counterproposal" |
| Exhibit No. 33 | Contemporaneous transcription of July 8, 2006 voicemail from Allen |

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document: Exhibits To Declaration of David Leesberg In Support of Bayer Clothing Group, Inc.'s Opposition To Sear's Motion For Summary Judgment has been served on this 16th day May, 2008, upon counsel of record listed via electronic mail pursuant to the agreement of the parties.

Michele Sibley Gonzales
Maureen Browne
HOLLAND & KNIGHT
131 S. Dearborn Street, 30th Floor
Chicago, IL 60603
michele.sibleygonzales@hklaw.com
maureen.browne@hklaw.com

Attorneys for Defendant
Sears, Roebuck & Co.

                                            /s/ Ryan Kirkpatrick
                                              Ryan Kirkpatrick