UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BAYER CLOTHING GROUP, INC. Plaintiff, v. SEARS, ROEBUCK & CO., Defendant. | CIVIL ACTION NO. 07 C 2395 JUDGE SAMUEL DER-YEGHIAYAN |

**EXHIBITS TO**

**DECLARATION OF ROBERT BAYER**

**IN SUPPORT OF BAYER CLOTHING GROUP, INC.'S**

**OPPOSITION TO SEAR'S MOTION FOR SUMMARY JUDGMENT**

**EXHIBIT LIST**

| | |
|---|---|
| Exhibit No. 1 | Time and Action Calendar for the Fall 2004 Structure Program |
| Exhibit No. 2 | Notes from the March 8, 2004 meeting with Mr. Allen |
| Exhibit No. 3 | March 17, 2004 email from Sears's Jim Struck |
| Exhibit No. 4 | April 29, 2004 Order signed by Sears |
| Exhibit No. 5 | May 14, 2004 Order signed by Sears |
| Exhibit No. 6 | May 27, 2004 Order |
| Exhibit No. 7 | Intentionally Left Blank |
| Exhibit No. 8 | June 9, 2004 Order |
| Exhibit No. 9 | August 17, 2004 buy sheet identical to the June 9, 2004 Order |
| Exhibit No. 10 | October 14, 2004 Order (the "October Order") |
| Exhibit No. 11 | December 13, 2004 letter to Mr. Allen |
| Exhibit No. 12 | December 30, 2004 email from Mr. Struck |

| | |
|---|---|
| Exhibit No. 13 | Email Response to Mr. Struck's audit results |
| Exhibit No. 14 | January 4, 2005 email from Tom Iaccoca to Susan Sisk |
| Exhibit No. 15 | June 30, 2005 notes of telephone call from Mr. Townsend and Mr. Allen |
| Exhibit No. 16 | June 6, 2006 email to Mr. Mettler summarizing potential agreement concerning Sears' raw materials liability |
| Exhibit No. 17 | June 13, 2006 email response from Mr. Mettler adding language |
| Exhibit No. 18 | June 13, 2006 response to Mr. Mettler re legal counsel |

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document: Exhibits To Declaration of Robert Bayer In Support of Bayer Clothing Group, Inc.'s Opposition To Sear's Motion For Summary Judgment has been served on this 16th day May, 2008, upon counsel of record listed via electronic mail pursuant to the agreement of the parties.

Michele Sibley Gonzales
Maureen Browne
HOLLAND & KNIGHT
131 S. Dearborn Street, 30th Floor
Chicago, IL 60603
michele.sibleygonzales@hklaw.com
maureen.browne@hklaw.com

Attorneys for Defendant
Sears, Roebuck & Co.

                                              /s/ Ryan Kirkpatrick
                                                Ryan Kirkpatrick