UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

BAYER CLOTHING GROUP, INC.

              Plaintiff,

v.

SEARS, ROEBUCK & CO.,

              Defendant.

CIVIL ACTION NO. 07 C 2395

JUDGE SAMUEL DER-YEGHIAYAN

**EXHIBITS TO**

**DECLARATION OF PHILIP P. LOOBY**

**IN SUPPORT OF BAYER CLOTHING GROUP, INC.'S**

**OPPOSITION TO SEARS'S MOTION FOR SUMMARY JUDGMENT**

**EXHIBIT LIST**

| | |
|---|---|
| Exhibit No. 1 | Sears's summary of the March Audit Results |
| Exhibit No. 2 | Looby letter to Jones dated April 2, 2005 |
| Exhibit No. 3 | Emails to and from Jill Soltau dated April 21, 2005 |
| Exhibit No. 4 | Intentionally Left Blank |
| Exhibit No. 5 | Proposal |
| Exhibit No. 6 | Looby email to Allen dated July 8, 2005 |
| Exhibit No. 7 | Looby email to Townsend dated January 18, 2006 |
| Exhibit No. 8 | Looby email to Allen dated February 22, 2006 |
| Exhibit No. 9 | Looby email to Mettler dated March 1, 2006 |
| Exhibit No. 10 | Looby email to Allen dated March 6, 2006, at 16:11 GMT |
| Exhibit No. 11 | Looby email to Allen dated March 6, 2006, at 17:49 GMT |

Exhibit No. 12        Looby email to Allen dated March 8, 2006

Exhibit No. 13        Looby email to Mettler dated March 15, 2006

Exhibit No. 14        Looby email to Mettler dated March 30, 2006

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document: Exhibits To Declaration of Philip P. Looby In Support of Bayer Clothing Group, Inc.'s Opposition To Sear's Motion For Summary Judgment has been served on this 16th day May, 2008, upon counsel of record listed via electronic mail pursuant to the agreement of the parties.

Michele Sibley Gonzales
Maureen Browne
HOLLAND & KNIGHT
131 S. Dearborn Street, 30th Floor
Chicago, IL 60603
michele.sibleygonzales@hklaw.com
maureen.browne@hklaw.com

Attorneys for Defendant
Sears, Roebuck & Co.

　　　　　　　　　　　　　　　　　　　　_/s/ Ryan Kirkpatrick_
　　　　　　　　　　　　　　　　　　　　　　Ryan Kirkpatrick

3