UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BAYER CLOTHING GROUP, INC. | |
| Plaintiff, | CIVIL ACTION NO. 07 C 2395 |
| v. | JUDGE SAMUEL DER-YEGHIAYAN |
| SEARS, ROEBUCK & CO., | |
| Defendant. | |

**EXHIBITS TO**

**DECLARATION OF ALLAN ZWERNER**

**IN SUPPORT OF BAYER CLOTHING GROUP, INC.'S**

**OPPOSITION TO SEAR'S MOTION FOR SUMMARY JUDGMENT**

**EXHIBIT LIST**

| | |
|---|---|
| Exhibit No. 1 | Communication from Sears to BCG dated December 19, 2003. |
| Exhibit No. 2 | October 14 Order |
| Exhibit No. 3 | An email authored by Sears' Michael Allen, dated May 25, 2005. |
| Exhibit No. 4 | Excerpts of deposition of Mark Mettler |
| Exhibit No. 5 | Excerpts of deposition of Michael Allen |
| Exhibit No. 6 | Excerpts of deposition of Paul Jones |
| Exhibit No. 7 | Expert Report of Allan Zwerner |

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document: Exhibits To Declaration of Allan Zwerner In Support of Bayer Clothing Group, Inc.'s Opposition To Sear's Motion For Summary Judgment has been served on this 16th day May, 2008, upon counsel of record listed via electronic mail pursuant to the agreement of the parties.

Michele Sibley Gonzales
Maureen Browne
HOLLAND & KNIGHT
131 S. Dearborn Street, 30th Floor
Chicago, IL 60603
michele.sibleygonzales@hklaw.com
maureen.browne@hklaw.com

Attorneys for Defendant
Sears, Roebuck & Co.

                                                                        /s/ Ryan Kirkpatrick
                                                                          Ryan Kirkpatrick