UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

BAYER CLOTHING GROUP, INC.

    Plaintiff,

v.

SEARS, ROEBUCK & CO.,

    Defendant.

CIVIL ACTION NO. 07 C 2395

JUDGE SAMUEL DER-YEGHIAYAN

**EXHIBITS TO**

**DECLARATION OF RYAN KIRKPATRICK**

**IN SUPPORT OF BAYER CLOTHING GROUP, INC.'S**

**OPPOSITION TO SEAR'S MOTION FOR SUMMARY JUDGMENT**

**EXHIBIT LIST**

| | |
|---|---|
| Exhibit No. 1 | Email from Michael Allen to Les Townsend dated April 29, 2005. |
| Exhibit No. 2 | Email from Michael Allen to Scott Bradfield dated November 18, 2004. |
| Exhibit No. 3 | Email from Sarah Belinski to Paul Jones and Jill Soltau dated January 20, 2005. |
| Exhibit No. 4 | Email from Scott Bradfield to Mark Stocker dated January 25, 2005. |
| Exhibit No. 5 | Email from Sarah Belinski to Marian Wikenczy dated January 31, 2005. |
| Exhibit No. 6 | Email from Scott Bradfield to Robyn Gaston dated May 29, 2005. |
| Exhibit No. 7 | Email from Scott Bradfield to Harvey Jara dated January 12, 2005. |

| | |
|---|---|
| Exhibit No. 8 | Sears "Structure Performance to Plain" Chart |
| Exhibit No. 9 | Email from Sarah Belinski to Michael Allen dated April 13, 2005. |
| Exhibit No. 10 | Email from Michael Allen to David Marburger dated April 29, 2005. |
| Exhibit No. 11 | Email from Adam Whitney to Les Townsend dated May 5, 2005. |
| Exhibit No. 12 | Email from Michael Allen to Donna E. Lilley dated May 25, 2005. |
| Exhibit No. 13 | Email from Christopher Nolet to Carrie Shigetomi dated April 28, 2004. |
| Exhibit No. 14 | Email from Michael Allen to Mark Mettler dated Mary 1, 2006. |
| Exhibit No. 15 | Email from Michael Allen to Jill Soltau dated April 11, 2005. |
| Exhibit No. 16 | Sears's Answer to Complaint for Breach of Contract |
| Exhibit No. 17 | Sears's Responses to Plaintiff's Requests for Admission. |
| Exhibit No. 18 | Sears's Responses to Second Requests for Admission. |
| Exhibit No. 19 | Sears's Supplemental Responses to Second Requests for Admission. |
| Exhibit No. 20 | Sears's Answers to Bayer's First Set of Interrogatories. |
| Exhibit No. 21 | Sears's Supplemental Answers to Bayer's First Set of Interrogatories. |
| Exhibit No. 22 | Sears's Answers to Bayer's Second Set of Interrogatories. |
| Exhibit No. 23 | Sears's Response to Bayer's First Notice of Rule 30(b)(6) Videotaped Deposition of Defendant Sears's Corporate Representatives. |
| Exhibit No. 24 | Deposition transcript of Paul Jones, Januray 28, 2008. |
| Exhibit No. 25 | Email from Michael Allen to Jill Soltau dated April 11, 2005. |
| Exhibit No. 26 | Deposition transcript of Antonio R. Sarabia II, April 8, 2008. |

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document: Exhibits To Declaration of Ryan C. Kirkpatrick In Support of Bayer Clothing Group, Inc.'s Opposition To Sear's Motion For Summary Judgment has been served on this 16th day May, 2008, upon counsel of record listed via electronic mail pursuant to the agreement of the parties.

Michele Sibley Gonzales
Maureen Browne
HOLLAND & KNIGHT
131 S. Dearborn Street, 30th Floor
Chicago, IL 60603
michele.sibleygonzales@hklaw.com
maureen.browne@hklaw.com

Attorneys for Defendant
Sears, Roebuck & Co.

/s/ Ryan Kirkpatrick
Ryan Kirkpatrick