UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BAYER CLOTHING GROUP, INC. | |
| Plaintiff, | CIVIL ACTION NO. 07 C 2395 JUDGE |
| v. | SAMUEL DER-YEGHIAYAN |
| SEARS, ROEBUCK & CO., | **JURY TRIAL DEMANDED** |
| Defendant. | |

**DEFENDANT SEARS, ROEBUCK & CO.'S
MOTION TO STRIKE**

Defendant, Sears, Roebuck & Co., moves this Court for entry of an order striking certain of Plaintiff Bayer Clothing Group, Inc.'s summary judgment-related filings because they violate this Court's local rules, federal court rules, and evidentiary rules. Pursuant to Local Rule 56.1(b)(3)(C), Federal Rule of Civil Procedure 56(e), and Federal Rule of Evidence 901(a), Sears requests entry of an order striking:

(1) Plaintiff Bayer Clothing Group, Inc.'s 56.1(b)(3)(C) Statement of Additional Facts;

(2) the Declaration of Plaintiff's counsel, Ryan C. Kirkpatrick; and

(3) certain portions of Plaintiff's other supporting declarations, as set forth more fully in the attached Memorandum of Law.

Plaintiff's Statement of Additional Facts violate Local Rule 56.1(b)(3)(C) mandate for "*short* numbered paragraphs, of any additional *facts* . . . ." L.R. 56.1(b)(3)(C) (emphasis added); *see Roth v. Evangelical Health Systems Corp.*, 1997 U.S. Dist. LEXIS 638, at *4-5 (N.D. Ill. Jan. 16, 1997) (violation of prior Local Rules 12M and 12N, where, the paragraphs ramble on for

hundreds of words, often with extraneous material"). The Declaration of Ryan Kirkpatrick, with attached exhibits, along with certain other Declarations offered by Plaintiff, violate Fed. R. Civ. Pro. 56(e) requirement for personal knowledge and admissible evidence. *Drake v. Minnesota Mining & Manuf. Co.*, 134 F.3d 878, 887 (7th Cir. 1998); *Atanus v. Perry*, 2007 WL 257679, * 1 (N.D. Ill. 2007); *Palous-Johnson v. Advocate Trinity Hosp.*, 2002 WL 290908, *1 (N.D. Ill. 2002) (Any fact "not properly supported by the record evidence must be disregarded."). Many contain impermissibly conclusory statements, unsupported by record evidence, and therefore should be stricken from the record. *Albiero v. City of Kankakee*, 246 F.3d 927, 933 (7th Cir. 2001) "conclusory statements, unsupported by the evidence of record, are insufficient to avoid summary judgment . . . . [S]elf-serving affidavits without factual support in the record will not defeat a motion for summary judgment."

In addition, over half of the purportedly additional concise facts set forth in the Declarations are never even referenced by Plaintiff in its Local 56.1 statements or in its Response Brief. For these reasons, for the reasons and objections set forth in Sears' Reply to Plaintiff's Local 56.1 statements which reasons and objections are incorporated herein, and for the reasons set forth more fully in the attached Memorandum of Law In Support of its Motion to Strike, Sears respectfully requests that the Court grant this Motion to Strike and grant such further relief as the Court deems just.

Dated: May 28, 2008

                        Respectfully Submitted,

                        Sears, Roebuck and Co.

                        By: /s/ Michele Sibley Gonzales
                              One of Its Attorneys

Michele Sibley Gonzales (ARDC # 6226091)
Maureen E. Browne (ARDC #625283)
Holland and Knight LLP
131 South Dearborn Street, 30th Flr.
Chicago, IL 60603
(312) 263-3600
michele.sibleygonzales@hklaw.com
maureen.browne@hklaw.com

# 5366875_v1

## CERTIFICATE OF SERVICE

I, Michele Sibley Gonzales, hereby certify that I caused copies of the foregoing: **DEFENDANT SEARS, ROEBUCK & CO.'S MOTION TO STRIKE,** served on this day, May 28, 2008, upon counsel-of-record listed below via email pursuant to the agreement of the parties.

David Marcus
Ryan Kirkpatrick
Dennis Sobczak
Susman Godfrey L.L.P.
1901 Avenue of the Stars, Suite 950
Los Angeles, CA   90067-6029
DMarcus@SusmanGodfrey.com
RKirkpatrick@SusmanGodfrey.com
DSobczak@SusmanGodfrey.com

By: ____/s/ Michele Sibley Gonzales____
Michele Sibley Gonzales

# 5027857_v1